UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-003-E

No. 24-2913

CORNEL WEST; MELINA ABDULLAH;
GERALDINE TUNSTALLE; KATHERINE HOPKINS-BOT;
CHARLES HIER,
                Appellants

v.

PENNSYLVANIA DEPARTMENT OF STATE;
SECRETARY COMMONWEALTH OF PENNSYLVANIA

(W.D. Pa. No. 2-24-cv-01349)

Present: SHWARTZ, MATEY and MONTGOMERY-REEVES, Circuit Judges

1. Emergency Motion by Appellants' for Injunction Pending Appeal;

2. Response by Appellees' in Opposition to Motion for Injunction Pending Appeal.

                Respectfully,
                Clerk/pdb

_____ORDER_____
PER CURIAM:

The emergency motion by Appellants' for Injunction Pending Appeal is denied.

Dated: October 30, 2024
PDB/JK/cc: All Counsel of Record